# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

## CRIMINAL MINUTES - MOTION HEARING

Case No.: 7:23CR47　　　　　　　　　　　Date: 12/13/2023

**Defendant:** Damon Tyler Mills, Bond　　**Counsel:** Benjamin Schiffelbein, FPD
　　　　　　　　　　　　　　　　　　　　　　　　　　Anthony Anderson, Retained

PRESENT:　JUDGE: Michael F. Urbanski, CUDJ　　TIME IN COURT: 2:02p-3:07p 1h5mins
　　　　　　Deputy Clerk: C. Kemp
　　　　　　Court Reporter: J. Webb
　　　　　　U. S. Attorney: J. Scheff
　　　　　　USPO: B. Davis

**WITNESSES:**

| GOVERNMENT | DEFENDANT |
|---|---|
| 1. | 1. |
| 2. | 2. |
| 3. | 3. |
| 4. | 4. |

**PROCEEDINGS:**
Parties present for hearing on ECF23 Motion to Substitute Attorney.
Court addresses the parties.
Arguments.
Court questions defendant and Mr. Harman.
Court addresses the parties.
Government to motion/file under seal ATF report shown during hearing.
Adjourned.