# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| V. | )  Case No. 7:23-cr-00047 |
| | ) |
| DAMON TYLER MILLS. | ) |

## MOTION TO SEAL

Defendant Damon Tyler Mills, by counsel, moves the Court to place under seal two executed waivers relating to counsel's representation of Mr. Mills in the present case ("Representation Waivers"). As the Representation Waivers contain information pertaining to the possible testimony of a cooperating witness, no alternative to sealing them would adequately protect against the potential harm that could ensue from their dissemination.

Accordingly, counsel for Mr. Mills requests that the Representation Waivers be filed under seal.

Respectfully submitted,

DAMON TYLER MILLS

By: /s/Anthony F. Anderson

Anthony F. Anderson (VSB# 21345)
Brooks A. Duncan (VSB# 87476)
ANDERSON LEGAL
1102 Second Street, S. W.
P. O. Box 1525
Roanoke, Virginia   24007
(540) 982-1525 - Office
(540)982-1539 - Fax
afa@afalaw.com

*Counsel for Defendant*

CERTIFICATE OF SERVICE

I hereby certify that this 13th day of December, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the all counsel of record.

/s/ Anthony F. Anderson
ANDERSON LEGAL
1102 Second Street, S. W.
P. O. Box 1525
Roanoke, Virginia 24007
(540) 982-1525 - Office
(540) 982-1539 - Fax
afa@afalaw.com