IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| V. ) | Case No. 7:23-CR-00047 |
| ) | |
| DAMON TYLER MILLS, ) | |
| Defendant. ) | |

### ORDER CONTINUING TRIAL

On motion of the Defendant, finding good cause, specifically, to allow counsel additional time to prepare for trial, the court finds that ends of justice served by granting of such a continuance, outweigh the best interest of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. § 3161 (h)(7) of the Speedy Trial Act.

The court makes this finding because a failure to grant such a continuance would deny counsel for the defendant and the attorney for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Accordingly, it is hereby **ORDERED** that the jury trial/guilty plea deadline shall be and hereby is continued from January 9-10, 2024 to October 15-18, 2024, in this action. Counsel for all parties are advised to notify potential witnesses/family members of the change in the hearing date.

Entered:

_____
United States District Judge