IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CRIMINAL MINUTES - GENERAL MINUTES

Case No.:  7:23CR00047                                              Date:  9/11/2024

**Defendant:**  Damon Tyler Mills, bond            **Counsel:**  Anthony Anderson, retained

PRESENT:
- JUDGE: Michael F. Urbanski, SUSDJ
- Deputy Clerk: Kristin Ayersman
- Court Reporter: Mary Butenshoen
- U. S. Attorney: Charlene Day
- USPO: Sara Morehead
- Case Agent: Brian McBride, ATFE

TIME IN COURT:  11:02-11:22  20m

PROCEEDINGS:
Parties present for a Status Hearing.
Jury trial currently set for 10/15-10/18/2024.
Court addresses USA concern re conflict of interest.
USA received a waiver from dft/dft counsel that resolved the issue.
USA notes parties need to continue the trial date, dft will address.
Court notes law clerk knows defendant and therefore has a conflict and will no longer be involved with case.
USA asks for clarification on record by dft.
Dft states he does not have any concerns, will not move for recusal.
Dft addresses waiver.
USA does not have objection to the court keeping the case, and law clerk issue.
Dft states the current trial date poses a problem for counsel, as stated, orally moving for continuance.
USA does not object to a continuance.
Dft waives his ST rights on the record.
Court grants motion for continuance, noting on record that the court finds that the dft has knowingly and voluntarily waived his rights.
Parties to work with clerk to set a new date.
USPO notes no violations while on bond.
Court asks dft to file a written waiver of ST.
Parties select 4/7-10/2025.