IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| V. ) | Cr. No. 7:23CR00047 |
| ) | |
| DAMON TYLER MILLS, ) | **ORDER** |
| Defendant. ) | |

The defendant, Damon Tyler Mills, by counsel, has filed a Motion to Continue his trial currently set for May 15-18, 2024, and the United States does not object. For the reasons stated in the Defendant's Motion, the court finds good cause to grant the motion.

The court further finds that the ends of justice served by the granting of such a continuance outweighs the best interest of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. § 3161 (h)(7)(A) of the Speedy Trial Act, because failure to grant a continuance would deny the Defendant continuity of counsel and the reasonable time to prepare for trial taking into account the exercise of due diligence.

Accordingly, it is hereby ORDERED that the Defendant's Motion to Continue is GRANTED and the trial of this case is continued to April 7-10, 2025. It is hereby ordered that the time necessitated by this continuance is excluded for speedy trial

purposes pursuant to 18 U.S.C. Section 3161(h)(7)(A).

                              Entered:

                              _____
                              United States District Judge