CLERKS OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

12/17/2024

LAURA A. AUSTIN, CLERK
BY: s/ K. SAVILLE
      DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | )  Case No. 7:23-CR-47 |
| | ) |
| DAMON TAYLER MILLS, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Before the Court is Defendant's Motion to Modify Conditions of Release, ECF No. 50. On September 6, 2023, the Court entered an Order Setting Conditions of Release that, among other things, restricts Mr. Mills to his residence from 10:00pm to 6:00am and requires him to submit to location monitoring by radio frequency. ECF No. 14. Mr. Mills moves to modify these conditions to have the opportunity to work longer hours at one of his part-time jobs and to alleviate the financial burden of electronic monitoring. *Id.* at 2. The defendant, through counsel, represents that he has remained in full compliance with his conditions since he was released over a year ago. *Id.* at 1. The government and probation do not object to the proposed modifications.

Therefore, this Order **AMENDS** the previous Order Setting Conditions of Release, ECF No. 14, specifically:

**REMOVING** Condition (7)(k) and (7)(r)(i) requiring Mr. Mills to remain in his residence every day from 10:00pm to 6:00am; and

**REMOVING** Condition (7)(s) requiring Mr. Mills to submit to location monitoring by radio frequency.

It is so **ORDERED**.

Entered: December 17, 2024

*/s/ C. Kailani Memmer*

C. Kailani Memmer
United States Magistrate Judge