IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| V.                       ) | Case No. 7:23-cr-00047 |
| ) | |
| ) | |
| DAMON TYLER MILLS,       ) | |
| Defendant.               ) | |

## **MOTION FOR DISCLOSURE OF EXPERT EVIDENCE**

COMES NOW the Defendant, by counsel, and respectfully requests pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure that the government disclose to him a written summary of testimony the government intends to use under Rules 702, 703, or 705 of the Federal Rules of Evidence during its case in chief at trial. This written summary must describe the witness's opinions, the bases and reasons for those opinions, and the witness's qualifications.

                                              Respectfully submitted,
                                              Damon Tyler Mills

                                              By: s/Anthony F. Anderson
                                                    Counsel

Anthony F. Anderson, Esquire, VSB #21345
Anderson Legal
P. O. Box 1525
Roanoke, Virginia   24007
(540) 982-1525
(540)  982-1539
afa@afalaw.com
  Counsel for Defendant

CERTIFICATE OF SERVICE

I hereby certify that this 10th day of March 2025, I electronically filed the foregoing Motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

s/Anthony F. Anderson
Counsel for Defendant

2