IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Case No. 7:23-cr-00047 |
| DAMON TYLER MILLS, ) | |
| ) | |
| *Defendant.* ) | |

## RESPONSE TO THE DEFENDANT'S MOTION FOR DISCLOSURE OF EXPERT EVIDENCE

The United States, by counsel, responds to the defendant's motion for disclosure of expert evidence. ECF No. 61. The government expects to call two expert witnesses in this case. One expert will help the jury better understand narcotics trafficking. The government expects the expert to testify commensurate with his knowledge regarding drug trafficking patterns and practices and drug slang and jargon as used by those engaged in drug trafficking activities. The second expert, should he be necessary, will testify regarding digital forensics as it relates to cell phone downloads in this case. The government intends to comply with its obligations under Rule 16(a)(l)(G) regarding these experts and has already provided notice of the drug trafficking expert. Because the government is actively working to comply with its obligations under Rule 16(a)(l)(G), and will make its required disclosures in sufficient time to give the defendant a fair opportunity to meet the government's evidence at trial, the defendant's motion should be denied as moot.

Respectfully submitted,

ZACHARY T. LEE
Acting United States Attorney

/s/ John W. Beamer

John W. Beamer
Special Assistant United States Attorney
Virginia Bar No. 93383
United States Attorney's Office
310 First Street, SW, 9th Floor
Roanoke, Virginia 24011
540-857-2250
John.Beamer@usdoj.gov

/s/ Charlene R. Day
Charlene Rene Day
VA Bar No. 42707
Assistant United States Attorney
United States Attorney's Office
P.O. Box 1709
Roanoke, VA 24008-1709
charlene.day@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 24, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel for the Defendant.

/s/ John W. Beamer  
Special Assistant United States Attorney
