**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Case No. 7:23-cr-00047** |
| **DAMON TYLER MILLS,** | ) | |
| | ) | |
| *Defendant.* | ) | |

## RESPONSE TO THE DEFENDANT'S MOTION FOR EXCULPATORY EVIDENCE

The United States, by counsel, responds to the defendant's motion for exculpatory evidence. ECF No. 59. During the defendant's initial appearance for this case, the government was directed by the court, consistent with Rule 5(f), to adhere to the disclosure obligations set forth in *Brady v. Maryland*, 373 U.S. 83(1963), and its progeny. *See* ECF 16. The government has complied with the Court's order and with its obligation under *Brady* and its progeny by providing all discovery to defense counsel in this case to which the defendant is entitled. The government will continue to comply with its discovery obligations. Accordingly, the defendant's motion should be denied as moot.

Respectfully submitted,

ZACHARY T. LEE
Acting United States Attorney


/s/ John W. Beamer
John W. Beamer
Special Assistant United States Attorney
Virginia Bar No. 93383
United States Attorney's Office
310 First Street, SW, 9th Floor
Roanoke, Virginia 24011
540-857-2250

John.Beamer@usdoj.gov

/s/ Charlene R. Day
Charlene Rene Day
VA Bar No. 42707
Assistant United States Attorney
United States Attorney's Office
P.O. Box 1709
Roanoke, VA 24008-1709
charlene.day@usdoj.gov

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel for the Defendant.

/s/ John W. Beamer
Special Assistant United States Attorney