IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 7:21-cr000047-MFU |
| | : | |
| **DAMON TYLER MILLS** | : | |
| | : | |

### GOVERNMENT'S WITNESS LIST

COMES NOW the United States of America, by counsel, and gives notice of its intent to call witnesses at the trial of the above-referenced defendant.

**Law Enforcement Witnesses**

Detective Blake Boardwine, Roanoke County Police Department

Bill Engel, ATF

Sergeant Adam Grubb, Roanoke County Police Department

Brian McBride, ATF Task Force Officer

Detective John Musser, Roanoke County Police Department

Etta Woodson, Former Roanoke City Police Department

**Expert Witnesses**

Travis Honse, DEA Task Force Officer

**Lay Witnesses**

Brosnan Davis

Nolan Harmon

Zoe James

Taylor Miles

Dianna Tones

Individual #1

Individual #2

          Respectfully submitted,

          ZACHARY T. LEE
          Acting United States Attorney

<u>Date</u>: March 28, 2025.

          <u>/s/ Charlene R. Day</u>
          Charlene Rene Day
          Virginia Bar No. 42707
          Assistant United States Attorney
          United States Attorney's Office
          P.O. Box 1709
          Roanoke, VA 24008-1709
          charlene.day@usdoj.gov


          <u>*s/John W. Beamer*</u>
          Special Assistant United States Attorney
          VA State Bar No. 93383
          U.S. Attorney's Office
          310 First St., S.W., Ste. 906
          Roanoke, Virginia 24011
          540-857-2250 (phone)
          540-857-2614 (fax)
          john.beamer@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2025, I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel for defendant.

<u>s/Charlene R. Day</u><br>
Assistant United States Attorney