IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | :  Criminal No. 7:23-cr000047-MFU |
| | : |
| DAMON TYLER MILLS | : |
| | : |

## JOINT STIPULATION

To avoid undue delay, expense, and unnecessary witness testimony, the parties stipulate and agree to the authenticity of evidence collected and seized in connection with events which occurred on February 24, 2019 at 6491 Carefree Lane, Apt. C-35, including but not limited to firearms, narcotics, images, photos, and videos taken by law enforcement and the evidence seized, including but not limited to, physical evidence, electronic evidence, and scanned copies of records, in connection with evidence collected pertaining to this case. The Defendant reserves the right to object to the admissibility of such evidence under the Federal Rules of Evidence and subject to any order of this Court.

Agreed to:

_____
Charlene Day
Assistant United States Attorney

_____
Anthony Anderson
Counsel for Damon Tyler Mills

_____
John Beamer
Special Assistant United States Attorney