IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Case No. 7:23-cr-00047-MFU |
| v. | ) | |
| | ) | TRIAL STIPULATION # _____ |
| DAMON TYLER MILLS | ) | |
| | ) | |

## JOINT STIPULATION

The United States of America and defendant Damon Tyler Mills hereby stipulate and agree to the following evidence and agree that no additional evidence need be introduced with respect to this matter:

 The following items of evidence were seized by the Roanoke County Police Department ("RCPD") and the Bureau of Alcohol, Tobacco, Firearms and Explosives and are in the same material condition as when they were seized. The evidence has not been tampered with or changed by any party or by law enforcement in any meaningful way. The Defendants do not challenge the chain of custody for these items.

 Further, that a forensic chemist's certificate of analysis was produced after the testing of item #7 and item #7a and the Certificate of Analysis noted below is true and accurate and that, if the chemist had been called to the stand to testify, would have testified to the information contained in the exhibit.

| Government Exhibit No. | Exhibit | Date of Seizure |
|---|---|---|
| 5 | Government's Exhibit 5 is a lab analysis which analyzed three plastic containers, one envelope and one plastic bag each of which contained plant material marked as RPD Item #7 containing a substance that was tested and determined with scientific certainty to be 303.26 grams +/_ .32 grams (10.69 +/- 0.01 ounces) of plant material.<br><br>And one plastic container and one paper fold which contained a wax substance marked as RPD item 7A containing a substance that was tested and determined with scientific certainty to be 5.71 grams (0.20 ounce) of substance including innermost packaging. The | The items analyzed in Government's Exhibit 5 were seized by RPD on February 24, 2019 |

1

| Government Exhibit No. | Exhibit | Date of Seizure |
|---|---|---|
| | contents of two were analyzed separately and each was found to contain Marijuana. | |

Agreed to:

*Charlene R. Day*
Charlene Day
Assistant United States Attorney

*[signature]*
Anthony Anderson
Counsel for Damon Tyler Mills

*[signature]*
John Beamer
Special Assistant United States Attorney