IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 7:23-cr000047-MFU |
| | : |
| DAMON TYLER MILLS | : |
| | : |

## JOINT STIPULATION

Frankie Cordova sustained two gunshot wounds on February 24, 2019, and succumbed to his injuries on the same date. The medical examiner determined Cordova's cause of death to be gun shot wounds to the head and chest.

Further, the Assistant Chief Medical Examiner produced a Report of Investigation, case number: W2019-92148, after the autopsy was performed on Cordova. This Report is true and accurate and that, if the medical examiner had been called to the stand to testify, would have testified to the information contained in the exhibit as previously summarized.

Agreed to:

*Charlene R. Day*
Charlene Day
Assistant United States Attorney

*Anthony Anderson*
Anthony Anderson
Counsel for Damon Tyler Mills

*John Beamer*
John Beamer
Special Assistant United States Attorney