IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal No. 7:23-cr000047-MFU |
| DAMON TYLER MILLS | : |

### AGREED STIPULATION OF FACT

The United States of America and Damon Tyler Mills, by and through undersigned counsel, have agreed upon the following stipulation of fact:

The parties stipulate and agree that marijuana, is a Schedule I controlled substance under Title 21 of the United States Code of the United States, Section 802(6)

Agreed to:

_Charlene R. Day_
Charlene Day
Assistant United States Attorney

_[signature]_
Anthony Anderson
Counsel for Damon Tyler Mills

_[signature]_
John Beamer
Special Assistant United States Attorney