IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 7:23-cr000047-MFU |
| | : | |
| DAMON TYLER MILLS | : | TRIAL STIPULATION# _____ |
| | : | |

## STIPULATION

The United States of American and defendant Damon Tyler Mills hereby stipulate and agree to the following evidence and agree that no additional evidence need be introduced with respect to this matter:

1. Government EXHIBIT 7, a Taurus G2C 40 caliber pistol, with serial number SLY39568, is a firearm as defined in Title 18, United States Code, Section 921(a)(3);

2. The firearm described above was not manufactured in the Commonwealth of Virginia and must have shipped or been transported in interstate commerce, in that it was located in the Commonwealth of Virginia on or about February 24, 2019.

Agreed to:

_____          _____
Charlene Day                                                              Anthony Anderson
Assistant United States Attorney                          Counsel for Damon Tyler Mills