CLERK'S OFFICE U.S. DISTRICT COURT AT ROANOKE, VA FILED
April 02, 2025
LAURA A. AUSTIN, CLERK
BY: s/ S. Neily, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Case No. 7:23-cr-00047 |
| DAMON TYLER MILLS, | ) |
| | ) |
| *Defendant.* | ) |

### ORDER TO SEAL

The Government has filed a Motion to Seal seeking an order of the Court to direct the sealing of Exhibit A (photograph of the deceased victim) of the Government's Response to Defendants Motion in Limine to Exclude Gruesome Photographs of Deceased. It appearing that sealing is justified under the circumstances in order to keep confidential certain information, it is **ORDERED** that the motion is **GRANTED**, and the clerk is directed to file the document under seal.

ENTERED: March 31, 2025

Michael F. Urbanski
U.S. District Judge
2025.03.31 09:45:57
-04'00'

UNITED STATES DISTRICT JUDGE