IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CRIMINAL MINUTES - GUILTY PLEA HEARING

Case No.: 7:23CR00047                                           Date: 4/7/2025

**Defendant:** Damon Tyler Mills, bond            **Counsel:** Tony Anderson, Brooks Duncan - retained

**TIME IN COURT:** 10:06-11:46   1h 40m

**PRESENT:**
| | |
|---|---|
| JUDGE: | Michael F. Urbanski, SUSDJ |
| Deputy Clerk: | Kristin Ayersman |
| Court Reporter: | Frank Austin |
| U. S. Attorney: | Charlene Day, John Beamer |
| USPO: | Andrew Ridgway |
| Case Agent: | Brian McBride, ATFE |

**PROCEEDINGS:**
- ☒ Plea Agreement filed with court 4/3/25.
- ☒ Defendant placed under oath. Court questions defendant regarding his/her physical and mental condition, and advises defendant of his/her rights, and the nature and possible consequences of plea. Discussion re medical conditions/medicines.
- ☒ Government summarizes plea agreement and the evidence to support plea and rests. Proffer made with agreement of dft but not signed SOF. Dft stipulates there is a factual basis to support his plea and is essentially agreed to, and will present more information at sentencing regarding role/low level dealer, noting dispute re brandishing. Court notes essentially no dispute as to Ct 2; dispute re Ct 4 LIO, aggravating fact re execution, but agrees to brandishing firearm.
- ☒ Guilty plea form executed and filed.
- ☒ Victim statement.
- ☒ Court accepts plea of guilty and finds defendant guilty as charged in Counts 2 and Lesser Included Offense of Count 4. The court dismisses the jury who were to report by 12 noon and cancels the jury trial.

**DEFENDANT PLEADS:**
**(list counts)**

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 1 | Ct 2, Lesser Included Offense of Ct 4 | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |

- ☒ Court orders Presentence Report.
- ☒ Defendant remanded to custody, as stated. Court will allow medication to be brought over to USMS today so that dft can take it with him to local facility. Should there be any issue with facility and medications, a fulsome hearing can be conducted by either USMJ or SUSDJ upon request of counsel.
- ☒ Sentencing hearing scheduled for 9/4/2025 @ 9:30am before Judge Urbanski in Roanoke.

Additional Information:

Court notes this case was set for trial today until court was notified that a PA had been signed.  Dft states that he intends to go forward with the plea today.  Court notes actual date of offense was Nov 2018.  Court notes PTC from last week, and rulings.  Court notes SOF was submitted, and then an amended SOF was submitted today.  Court questions dft who states that he remains fully satisfied with the advice and representation he has received in this case.  Dft counsel states on record that the SOF is not signed and that dft agrees to US proffer.