FILED IN OPEN COURT
DATE 4/7/2025
BY _____
DEPUTY CLERK
Rke DIVISION, WD of VA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
RYE DIVISION

UNITED STATES OF AMERICA

v.                                          Criminal Action No. 7:23CR00047-001

DAMON TYLER MILLS

In the presence of Anthony F. Anderson and Brooks A. Duncan, my counsel, who have fully explained the charges contained in the indictment against me, and having received a copy of the indictment from the United States Attorney before being called upon to plead, I hereby plead guilty to Count 2 and a Lesser Included Offense of Count 4. I have been advised of the maximum punishment which may be imposed by the court for this offense. My plea of guilty is made knowingly and voluntarily and without threat of any kind or without promises other than those disclosed here in open court.

_____
Signature of Defendant

4/7/2025
Date

_____
Witness