CLERKS OFFICE U.S. DIST. COURT
AT ROANOKE, VA
April 07, 2025
LAURA A. AUSTIN, CLERK
BY: KRISTIN AYERSMAN
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

UNITED STATES OF AMERICA

vs.             Criminal Action No. 7:23CR00047-001

DAMON TYLER MILLS

## O R D E R

On April 7, 2025, the defendant appeared before this court and entered a plea of guilty to Count 2 and a Lesser Included Offense of Count 4 of the indictment. The court found the defendant competent and capable of making an informed and voluntary plea, and accepted the plea agreement and plea. A Presentence Report has been ordered in this case. This case is set down for sentencing on September 4, 2025 at 9:30 am in the Roanoke Division.

In connection with the sentencing hearing, it is **ORDERED** as follows:

1. No later than seven (7) seven days before sentencing, the prosecution and defense shall prepare a sentencing memorandum addressing sentencing considerations appropriate to the case. Such a memorandum shall specifically address the factors to be considered in imposing a sentence under 18 U.S.C. 3553(a). If a party needs an extension of time to file their sentencing memorandums, they need to request that extension in writing prior to the expiration of the deadline.

2. Any exhibits to be introduced at sentencing shall be filed with the sentencing memorandum no later than seven days (7) prior to sentencing.

3. The sentencing memorandum shall identify all witnesses who are expected to testify at sentencing.

ENTERED: April 7, 2025

/s/ Michael F. Urbanski

Michael F. Urbanski
Senior United States District Judge